**GEOFFREY DISTRIBUTING CO., INC.**

v.

The **HUMAN RIGHTS COMMISSION et al.**

No. 81–288–M.P.

Supreme Court of Rhode Island.

Sept. 10, 1981.

Schreiber Law Associates, Ira L. Schreiber, Adeen J. Postar, Providence, for petitioner.

**328**

Dennis J. Roberts II, Atty. Gen., Eileen G. Cooney, Sp. Asst. Atty. Gen., for respondents.

### ORDER

The petition for reconsideration, 433 A.2d 682, is denied.